**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Oscar Ortega, Roggie Law, Steven Murdock, and Don Egdorf v. Alan Pean

Appellate case number:    01-18-00249-CV

Trial court case number:  2016-43519

Trial court:              127th District Court of Harris County, The Honorable R.K. Sandill presiding

Date motion filed:        April 26, 2019

Party filing motion:      Oscar Ortega, Roggie Law, Steven Murdock, and Don Egdorf

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature:  ___/s/ Peter Kelly_____

☐ Acting individually      ☒ Acting for the Court

Panel consists of: Russel Lloyd, Peter Kelly, and Richard Hightower

Date: June 11, 2019